## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

AIRPRO DIAGNOSTICS, LLC, etc.,

      Plaintiff,

v.                                    Case No. 3:24-cv-1330-TJC-LLL

AUTOENGINUITY, LLC, etc., et al.,

      Defendants.

_____

## O R D E R

The Court has under advisement defendants' motion to dismiss or stay (Doc. 9) to which plaintiff has responded (Doc. 16).  As it pertains to the rule against splitting causes of action, the motion is due to be denied because defendants previously took the position in the related Michigan action that

> [i]f Plaintiff desires to pursue its proposed new claim against AutoEnginuity, Plaintiff is contractually required to do so in Florida.  Excusing Plaintiff from complying with this clear contractual requirement would also unduly prejudice Defendants.

See Doc. 16-1 at 17.

As to Count V, the fraud claim, it is sufficiently pleaded under Rule 9(b).

The Court emphasizes that its ruling is based on the current state of the record.  Future developments in the Michigan action or further development of the record in this case could illuminate the proper relationship between the

Michigan action and this one.[1]   But for now, it is hereby

    **ORDERED**:

    1.    Defendants' Motion to Dismiss or Stay (Doc. 9) is **DENIED**. No later than **June 10, 2025**, defendants shall answer the complaint.

    2.    Defendants' Motion to Stay the Filing of a Case Management Report and to Stay Discovery (Doc. 18) is **MOOT**.  No later than **June 10, 2025**, the parties shall file a Case Management Report, the form of which is available on the Court's website.

    **DONE AND ORDERED** in Jacksonville, Florida this 19th day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record

---

    [1] If it's not too late, the parties could agree that the claims raised in this action could be litigated in the Michigan action.

2