UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AIRPRO DIAGNOSTICS, LLC, *a Florida limited liability company*,

    Plaintiff,

v.

OPUS IVS, INC., *a Delaware corporation* and AUTOENGINUITY LLC, *an Arizona limited liability company,*

    Defendants.

And

OPUS IVS, INC. and AUTOENGINUITY LLC,

    Defendants/Counter-Plaintiffs

v.

AIRPRO DIAGNOSTICS, LLC,

    Plaintiff/Counter-Defendant.
_____/

Case No.: 3:24-cv-01330-TJC-LLL

## NOTICE OF SUPPLEMENTAL AUTHORITY

Counter-Defendant, AirPro Diagnostics, LLC ("AirPro"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(i) hereby files this Notice of Supplemental Authority, which pertains to AirPro's Motion to Dismiss Counterclaim, or in the Alternative, Motion for More Definite Statement, and Incorporated Memorandum of Law (Doc. 28).  The Supplemental Authority is as follows:

(1) <u>A citation to the Authority</u>:  Opinion and Order entered in *AirPro Diagnostics, LLC v. Drew Technologies, Inc.*, No. 2:22-cv-12969-LVP-EAS, 2025 WL 2759570 at *12-14 (E.D. Mich., Sept. 29, 2025).

(2) <u>A specification by page, paragraph, and line of the issue or argument in the earlier paper that the authority supplements</u>:  Pages 5 through 15 of AirPro's Motion to Dismiss Counterclaim, or in the Alternative, Motion for More Definite Statement, and Incorporated Memorandum of Law (Doc. 28).

(3) <u>A succinct quotation from the authority</u>:  Not applicable.  *See* pages *12-14.

                                      **LESAK, HAMILTON,**
                                      **CALHOUN & PONTIERI**

By: _____
       Austin T. Hamilton
       Florida Bar No. 0099431
       ahamilton@lesaklaw.com
       Christopher M. Wittbrodt
       Florida Bar No. 1025792
       cwittbrodt@lesaklaw.com
       8280 Princeton Sq. Blvd. W. Suite 1
       Jacksonville, FL 32256
       Telephone: (904) 895-5796
       *Attorneys for AirPro Diagnostics, LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that, on this 8th day of October, 2025, I served the foregoing document to all counsel of record by electronic mail to the e-mail addresses reflected below:

| | |
|---|---|
| Patrick P. Coll<br>SMITH HULSEY & BUSEY<br>1 Independent Drive, Suite 3300<br>Jacksonville, Florida 32202<br>pcoll@smithhulsey.com<br>khettinger@smithhulsey.com<br>kackerman@smithhulsey.com<br>*Attorneys for Defendants/Counter-Plaintiffs* | T. Nelson Hughes, Jr.<br>Samuel A. Slater<br>WYRICK ROBBINS YATES<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, North Carolina 27607<br>nhughes@wyrick.com<br>sslater@wyrick.com<br>*Attorneys for Defendants/Counter-Plaintiffs* |

_____
Attorney

3