# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AIRPRO DIAGNOSTICS, LLC, etc.,

    Plaintiff,

v.   Case No. 3:24-cv-1330-TJC-LLL

AUTOENGINUITY, LLC, etc., et al.,

    Defendants.

## **O R D E R**

In light of the recent decision in the Michigan action, the Court hereby **stays** all discovery in this action (both the main case and the counterclaim) and **sets a hearing** on all pending motions and for case status on **November 6, 2025** at **11:00 a.m.** before the undersigned in Courtroom 10D, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of October, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s. copies:
counsel of record

---

[1] All persons entering the Bryan Simpson United States Courthouse must present photo identification to Court Security Officers.  Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.