# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| AIRPRO DIAGNOSTICS, LLC, *a Florida limited liability company* | |
| Plaintiff, | |
| v. | |
| OPUS IVS, INC., *a Delaware corporation*, and AUTOENGINUITY, LLC, *an Arizona limited liability company*, | Case No. 3:24-cv-01330-TJC-LLL |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiff AirPro Diagnostics, LLC ("Plaintiff") and Defendants Opus IVS, Inc. and AutoEnginuity, LLC ("Defendants," and together with Plaintiff, the "parties"), by and through their respective counsel and in accordance with the Court's Endorsed Order entered on February 2, 2026 (ECF No. 40), hereby file this joint report regarding case status. The parties have conferred and agree that the Court should stay this proceeding pending resolution of the Sixth Circuit Appeal, *Airpro Diagnostics, LLC v. AutoEnginuity, LLC et al.*, Case No. 25-1987 ("Michigan Appeal"). Accordingly, the parties hereby

jointly and respectfully request that the Court stay this proceeding pending resolution of the Michigan Appeal.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **LESAK, HAMILTON, CALHOUN & PONTIERI** |
| By: /s/ *Patrick P. Coll* | By: /s/ *Austin T. Hamilton* |
| Patrick P. Coll | Austin T. Hamilton |
| Florida Bar No. 84670 | Florida Bar No. 0099431 |
| 1 Independent Drive, Suite 3300 | Christopher M. Wittbrodt |
| Jacksonville, Florida 32202 | Florida Bar No. 1025792 |
| 904-359-7700 | 4875 Belfort Road, Suite 110 |
| pcoll@smithhulsey.com | Jacksonville, Florida 32256 |
| | (904) 539-3672 |
| **WYRICK ROBBINS YATES & PONTON LLP** | ahamilton@lesaklaw.com |
| | cwittbrodt@lesaklaw.com |
| By: /s/ *T. Nelson Hughes, Jr.* | |
| Samuel A. Slater | *Counsel for Plaintiff,* |
| NC Bar No. 43212 (specially admitted) | *AirPro Diagnostics, LLC* |
| Email: sslater@wyrick.com | |
| T. Nelson Hughes, Jr. | |
| NC Bar No. 59342 (specially admitted) | |
| Email: nhughes@wyrick.com | |
| 4101 Lake Boone Trail, Suite 300 | |
| Raleigh, North Carolina 27607 | |
| Telephone.: (919) 781-4000 | |
| Facsimile: (919) 781-4865 | |
| | |
| *Counsel for Defendants Opus IVS, Inc. and AutoEnginuity LLC* | |

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2026 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will cause notice of this filing to be sent to the following counsel of record:

Austin T. Hamilton
Christopher M. Wittbrodt
LESAK, HAMILTON, CALHOUN, & PONTIERI
4875 Belfort Road, Suite 110
Jacksonville, Florida 32256
(904) 539-3672
ahamilton@lesaklaw.com
cwittbrodt@lesaklaw.com

*Counsel for Plaintiff,*
*AirPro Diagnostics, LLC*

*/s/ T. Nelson Hughes, Jr.*
*Attorney for Defendants*
